UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6061

EDWARD LONNIE MCCARROLL; SAMUEL C. ROSS,

Plaintiffs - Appellants,

and

MICHAEL LUCAS,

Plaintiff,

versus

THEODIS BECK; JUANITA BAKER; OFFENDER
POPULATION UNIFIED SYSTEMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-03-863-5-BO)

Submitted: May 13, 2004                    Decided: May 18, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Lonnie McCarroll, Samuel C. Ross, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Lonnie McCarroll and Samuel C. Ross appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCarroll v. Beck, No. CA-03-863-5-BO (E.D.N.C. Dec. 11, 2003). The court has also received twelve motions seeking to add a total of fifteen individuals who were not parties to this case in the district court as parties to this appeal. We deny these motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED